# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

NANETTE NOLAND

VERSUS

TOWN & COUNTRY HOTEL, INC.,
DESTINATION HOTELS AND
RESORTS LLC, LOWE
ENTERPRISES, INC., AND ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

NO.   2021 CW 0588

**AUGUST 16, 2021**

---

In Re:    Hotel Circle Property, LLC, DH San Diego Management, LLC, Destination Hotels and Resorts, LLC, and Destination New Orleans Management, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 659763.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED IN PART; DENIED IN PART.** The portion of the March 30, 2021 judgment that denied the portion of Defendants' motion for partial summary judgment which requested a finding that California law applies to all of the claims asserted by Plaintiff against Defendants is reversed.  Pursuant to La. Civ. Code art. 3544(2)(a), California law is applicable because Plaintiff's injury and the conduct that allegedly caused it occurred in and stemmed from conduct that occurred in California.  Accordingly, the motion for partial summary judgment filed by Defendants is hereby granted in part, only insofar as this court finds that California law applies to the causes of action and damages asserted by Plaintiff herein.  The writ application is denied in all other respects.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT